UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| MICHAEL S. TAYLOR, )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>DAVID J. DONAHUE, et al., )<br>)<br>Defendants. ) | 1:06-cv-717-SEB-VSS |

## E N T R Y

This cause is dismissed for failure to prosecute, a disposition based on the plaintiff's failure to pay the initial partial filing fee assessed in paragraph 2 of the Entry issued on May 11, 2006.

Judgment dismissing this action without prejudice shall now issue.

This disposition does not affect the plaintiff's obligation to pay the filing fee.

**IT IS SO ORDERED**.

Date: 06/27/2006

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana