UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| MICHAEL S. TAYLOR, )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>DAVID J. DONAHUE, et al., )<br>)<br>Defendants. ) | 1:06-cv-717-SEB-VSS |

# J U D G M E N T

The court, having this day made its Entry,

**IT IS NOW ADJUDGED** that this cause of action is **dismissed without prejudice.**


Date: 06/27/2006

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Michael S. Taylor
DOC # 146043
Putnamville Correctional Center
1946 West U.S. 40
Greencastle, IN 46135-9275