UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| MICHAEL S. TAYLOR, )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>DAVID J. DONAHUE, et al., )<br>)<br>Defendants. ) | 1:06-cv-717-SEB-JMS |

## E N T R Y

This cause is dismissed for failure to prosecute, a disposition based on the plaintiff's failure to keep the court informed of his present address and his failure to respond to the directions in the Entry of January 25, 2007. Given the age of the case and the circumstances under which the plaintiff has abandoned it, the dismissal shall be with prejudice.

Judgment consistent with this Entry shall now issue.

**IT IS SO ORDERED.**

Date: 03/21/2007

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana