## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| MICHAEL S. TAYLOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | 1:06-cv-717-SEB-JMS |
| | ) | |
| DAVID J. DONAHUE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

# J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that this cause of action is dismissed with prejudice.


Date: 03/21/2007

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana


Distribution:

Michael S. Taylor
DOC #146043
1946 W. U.S. Highway 40
Greencastle, IN 46135